**PHILLIP LEWIS ENGINEER, P.E.**
Structural/Civil
1019 Miller Loop
Benton, Arkansas 72015

Prewett-Darby Residence  November 24, 2006
Attn: Ms. Teresa Prewett
Little Rock, Arkansas

RE: Residence at Little Rock, Arkansas

I inspected the above named residence on two separate occasions and the following observations, conclusions, and recommendations were made:

## OBSERVATIONS

1. The residence is a two-story structure.
2. The structure is wood framed construction with exterior brick veneer.
3. The foundation system is a monolithic slab on grade.
4. The second floor framing system consists of wooden "I" joists supported by the perimeter walls and interior load bearing.
5. The age of the residence is less than one year.
6. The overall wood framing of the residence is extremely poor.
7. There was a total disregard of the plans and specifications with regard to framing details.
8. The glu-laminated beam sizes given on sheet S-10 for roof framing over the Billiards Room, Foyer, Sports Room, and Main Center Roof Ridge were ignored and substituted with smaller beam sizes. The beam sizes were to be as follows: Billiards Room/Foyer (5" wide x 16-1/2" deep), Sports Room (5" wide x 19-1/4" deep), and Main Center Ridge (5" wide x 19-1/4" deep). Additionally, 3" x 13-3/4" glu-laminated beams were specified as valley beams over these same rooms. The contractor used double 2x12 members in lieu of these glu-laminated members that were specified (see photos 1A thru 7).
9. Improper beam support was provided below the upper roof framing beam over the Foyer/Billiards rooms. The plans (sheet 11) specified a 3" x 13-3/4" deep glu-laminated beam at the first floor ceiling level for support of the upper beam. The contractor provided a single 9-7/8" deep "I" joist in lieu of the glu-laminated beam which is insufficient. Additionally, the means of transferring the load from the end of the upper beam to the lower beam should have been solid, continuous 2x4 studs equal to the full width of the upper beam (5"). However, the contractor provided solid studs between the bottom of the upper beam and the top of the second floor wall framing, but provided on two studs from that point to the top of the lower beam ("I" joist). See photos 8, 9, 9A, 10, 11, and 12).
10. Improper beam support for upper glu-laminated beam (specified to be 5" wide x 19-1/4" deep) over Sports Room. The beam should have been supported with solid 2x4 studs (equal to beam width) from underside of beam to foundation at ground level. The contractor provided solid studs from the underside of the beam to the top of the second floor wall and then a couple of variations of one to two stud combinations from this point to the foundation below. (See photos 13, 14, 15, 16, and 16A).
11. Improper beam support on end of beam discussed in 10 above adjacent to upstairs office. The beam should be supported with solid 2x4 studs from its underside to a beam at the ceiling level below. (See photos 17, 18, 19, 19A, 19B, and 19C).
12. The contractor blatantly ignored Detail 6 on Sheet 3 and Detail 4 on Sheet 4 of the Architectural Drawings which specified that the roof rafter ends be supported by double 2x4 members on top of the ceiling and/or second floor "I" joists. (See photos 20, 21, 22, 23, 24, 25, 26, 27, 28, and 29).
13. The contractor blatantly ignored the roof framing over the garage as specified on Sheet 11 of the Architectural drawings and Detail 7 on Sheet 4. The plans called for 9-1/2" deep "I" joists at 16" on center for the ceiling framing over the garage. The contractor provided 2x6 joists at 24" on center. Additionally, the plans specified a center glu-laminated beam 5" wide x 17-7/8" deep (beam size was not verified) to support the ends of the ceiling joists. The beam was to be partially supported a distance of 6 feet in from its end by a 4 inch diameter standard steel pipe column. The contractor did not install the pipe column. (See photos 30, 31, and 32).
14. The contractor blatantly ignored Detail 4 on Sheet 5 and Details 2 and 3 on Sheet 6 specifying 2x6 ceiling joists @ 16 inches on center over all exterior porch areas. The contractor provided 2x6 ceiling joists @ 24 inches on center. (See photos 33, 34, and 35).



15. The contractor did not screw or nail the "I" joist ends to the joist hangers provided to the double LVL beams under the office floor. (See photos 36, 37, and 38).
16. The fur down for the HVAC "chase" under the bridge between the Foyer and Sports Room was framed with 2x4 members laid flat on the bottom of the chase (in their weak direction).
17. Photos 41 and 42 are typical examples of extremely poor craftsmanship. The framing that was visible thru out residence was sloppy, inaccurate, etc. The majority of the cuts were not even close to matching up at any of the wood to wood joints.

## CONCLUSIONS

1. It appears that the contractor had blatant disregard for what was designed and specified on the plans with regards to structural framing. Additionally, it appears that his efforts were even fraudulent in that he was able to cover all of the framing with sheetrock without any attempt to correct the issues.
2. His efforts (or lack thereof) have severely compromised the structural integrity of the residence. Undersized framing members coupled with improperly supported roof rafters and major beams have led to this condition.
3. It is important to note that a great deal of the framing of the residence is still not visible and was not opened up in an attempt to minimize the aesthetic damage to the structure. Therefore, it is only an educated guess that the remaining framing is in the same state as what was visible.
4. The foundation of the residence could not be examined for obvious reasons. Therefore, it is not known whether proper footings were constructed in areas of high concentrated loads as specified on the design drawings.
5. The owners of the residence did not receive the structure that was specified in great detail (above average for most residential house plans) on the design drawings that they paid for and the contractor specifically bid from.

## RECOMMENDATIONS

1. It is my recommendation that the entire roof structure be removed and replaced with the proper framing as specified on the drawings at no cost to the owner. These deficiencies are discussed in detail in Observations 8 thru 13 above. Additionally, this should include all supports for beams not properly supported as discussed above including installation of proper lower support beam between the Billiards Room and Foyer.
2. It is my recommendation that the ceiling framing of all exterior porch areas and garage ceiling be removed and replaced per the details on the design drawings. These deficiencies are discussed in Observations 13 and 14 above. This recommendation includes installation of the pipe column as discussed in Observation 13 above and proper footing as specified for said column.
3. It is my recommendation that the connections of all "I" joists (for second floor framing) to intermediate support beams be exposed and proper fastening between joists and joist hangers be installed. This deficiency is discussed in Observation 15 above.
4. It is my recommendation that the framing of the HVAC "chase" under the bridge between the Foyer and the Sports Room be removed and properly framed with the lower 2x4 members in the vertical direction. This deficiency is discussed in Observation 16 above.

I appreciate being able to be of service to you and would be glad to help you with anything in the future. Should any questions arise concerning this matter, please feel free to contact me.

Sincerely,

Phillip Lewis, P.E.
office: 501-315-0223/cell: 501-350-9840

